UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                     Case No. 2:20-cr-21

       Plaintiff,                                     Hon. Hala Y. Jarbou
                                                       U.S. District Judge
v.

VINCENT LEAHMAN TEEPLE, JR.,

       Defendant.
_____/

## ORDER OF DETENTION

On January 19, 2021 an arrest warrant was issued for Defendant for violation of several conditions of his Appearance Bond. Defendant was arrested on that warrant on January 20, 2021, and appeared before this Court on January 21, 2021 by videoconference.

At his initial appearance on January 21, 2021, Defendant was advised of his rights and the alleged bond violations.  He was also arraigned on a superseding indictment filed by the Government on January 19, 2021.  Defense counsel advised the Court that she required more time to discuss the matter with Defendant and indicated she would contact the Court regarding how Defendant would like to proceed.

Defendant was scheduled for a change of plea hearing before the undersigned on February 19, 2021.  The plea hearing was adjourned after an in chambers conference with counsel.  Regarding the alleged bond violations, Defense counsel

again advised that she would discuss the matter with Defendant and contact the Court if he would like a hearing regarding the detention issue.

IT IS HEREBY ORDERED that Defendant will remain detained pending further proceedings and may request a detention hearing.

IT IS SO ORDERED.

Date: February 22, 2021          /s/ *Maarten Vermaat*
                                 MAARTEN VERMAAT
                                 UNITED STATES MAGISTRATE JUDGE