UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 2:20-cr-21

    Plaintiff,   Hon. Hala Y. Jarbou
        U.S. District Judge

v.

VINCENT LEAHMAN TEEPLE, JR.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on March 18, 2021, after receiving the written consent of defendant and all counsel. At the hearing, Defendant Vincent Leahman Teeple, Jr. entered a plea of guilty to Counts 2 and 3 of the Superseding Indictment in exchange for the promises made by the Government in the written amended plea agreement. Count 2 charges him with operating a motor vehicle with a blood alcohol content of .08 grams or more, in violation of 18 U.S.C. §§ 13, 1151, 1152, and Mich. Comp. Laws § 257.625(1)(b) and (9), and Count 3 charges him with simple assault, in violation of 18 U.S.C. §§ 113(a)(5), 1151 and 1152.

On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter an informed plea;

2. that the pleas are made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's guilty pleas are made voluntarily and free from any force, threats, or promises, apart from the promises in the amended plea agreement;

4. that the Defendant understands the nature of the charges and penalties provided by law; and

5. that the pleas have a sufficient basis in fact.

I therefore recommend that Defendant's guilty pleas be accepted, that the Court adjudicate Defendant guilty of Counts 2 and 3, and that the written amended plea agreement be considered for acceptance at the time of sentencing.

Acceptance of the pleas, adjudication of guilt, acceptance of the amended plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: March 19, 2021          /s/ Maarten Vermaat
                              MAARTEN VERMAAT
                              UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. Mich. LCrR 11.1